| | |
|---|---|
| ☒ United States District Court, District of Colorado<br><br>BROOKSTONE CAPITAL MANAGEMENT, LLC and DEAN ZAYED,<br><br>Petitioners,<br><br>v.<br><br>SWAN GLOBAL INVESTMENTS, LLC, Respondent. | ▲ **COURT USE ONLY** ▲ |
| Attorneys for Plaintiffs:<br>Kevin D. Evans, #28210<br>Armstrong Teasdale LLP<br>4643 South Ulster Street, Suite 800<br>Denver, Colorado 80237<br>Phone Number: 720-200-0676<br>Fax Number: 720-200-0679<br>E-mail: kdevans@armstrongteasdale.com | Case Number:<br>1:18-cv-00295-MJW<br><br>Division        Courtroom |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS: **Civil Cover Sheet and Petition Of Brookstone Capital Management, LLC And Dean Zayed To Confirm Final Arbitration Award** in <u>La Plata County Colorado</u> (name of County/State) on **February 7, 2018** (date) at _1:35 PM_ (time) to: <u>Swan Global Investments, LLC</u>. at the following location: **1099 Main Ave #206 Durango, CO 81301**

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____ (print name of person served).

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ (Name of Person) who is a member of the Defendant/Respondent's family and whose age is 18 years or older. (Identify family relationship)_____.)

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ (Name of Person) who is the Defendant/Respondent's secretary, administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

☒ By leaving the documents with _Ethan Bates_ _____ (Name of Person), who as _Chief Financial Officer_ (title) is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e): _____

☐ **For Eviction Cases Only.**
I have made diligent efforts such as _____ (list personal service attempts) but have been unable to make personal service on the Defendant/Respondent(s) and I have made service of the within summons and complaint by posting a copy of them in a conspicuous place upon the premises described therein.

**I have charged the following fees for my services in this matter:**

☒ Private process server

☐ Sheriff, _____ County
Fee $ _____   Mileage $ _____

## VERIFICATION AND ACKNOWLEDGMENT

I __JOHN E BAIRD__ (name) swear/affirm under oath, and under penalty of perjury, that I have read the foregoing AFFIDAVIT OF SERVICE and that the statements set forth therein are true and correct to the best of my knowledge.

_____
Signature

Subscribed and affirmed, or sworn to before me in the County of __La Plata__, State of __Colorado__, this __7th__ day of __February__, 20__18__. My Commission Expires: __April 3, 2021__

_____
Notary Public

KAYTLYN ALEXANDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174014285
MY COMMISSION EXPIRES APRIL 3, 2021