| | |
|---|---|
| ☒ United States District Court, District of Colorado <br><br> BROOKSTONE CAPITAL MANAGEMENT, LLC and DEAN ZAYED, <br><br> Petitioners, <br><br> v. <br><br> SWAN GLOBAL INVESTMENTS, LLC, <br> Respondent. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs: <br> Kevin D. Evans, #28210 <br> Armstrong Teasdale LLP <br> 4643 South Ulster Street, Suite 800 <br> Denver, Colorado 80237 <br> Phone Number: 720-200-0676 <br> Fax Number: 720-200-0679 <br> E-mail: kdevans@armstrongteasdale.com | Case Number: <br> 1:18-cv-00295-MJW <br><br> Division       Courtroom |

### AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS: **Civil Cover Sheet and Petition Of Brookstone Capital Management, LLC And Dean Zayed To Confirm Final Arbitration Award** in **New Castle County Delaware** on **February 8, 2018** at **11:34AM** to**: Swan Global Investments, LLC, C/O Registered Agent Solutions**. at the following location: **9 E. Lockerman Street, Suite 311, Dover, Delaware 19901**

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____
(print name of person served).

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ (Name of Person) who is a member of the Defendant/Respondent's family and whose age is 18 years or older. (Identify family relationship)_____.)

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ (Name of Person) who is the Defendant/Respondent's secretary, administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

☒ By leaving the documents with **Leo Lora**, who as **Office Manager of Registered Agent Solutions** is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e): _____.

JDF 98   R3/15   AFFIDAVIT OF SERVICE
© 2013, 2014, 2015 Colorado Judicial Department for use in the Courts of Colorado

☐ **For Eviction Cases Only.**
I have made diligent efforts such as _____ (list personal service attempts) but have been unable to make personal service on the Defendant/Respondent(s) and I have made service of the within summons and complaint by posting a copy of them in a conspicuous place upon the premises described therein.

**I have charged the following fees for my services in this matter:**

☒ Private process server

☐ Sheriff, _____ County
Fee $ _____   Mileage $ _____

---

## VERIFICATION AND ACKNOWLEDGMENT

I __Stephen Kempski__ (name) swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_____
Signature

Subscribed and affirmed, or sworn to before me in the County of __New Castle__, State of __Delaware__, this __8__ day of __Feb.__, 20__18__. My Commission Expires: _____

_____
Notary Public

```
MICHELLE R JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 16th, 2019
```

JDF 98   R3/15   AFFIDAVIT OF SERVICE
© 2013, 2014, 2015 Colorado Judicial Department for use in the Courts of Colorado