**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 18-cv-0295-RM-NRN

BROOKSTONE CAPITAL MANAGEMENT, LLC, and
DEAN ZAYED,

    *Petitioners*,

    *v.*

SWAN GLOBAL INVESTMENTS, LLC

    *Respondent.*

---

## ORDER

---

Upon consideration of Plaintiffs' Status Report and Unopposed Request for Dismissal (ECF No. 32), and being otherwise fully advised, the request for dismissal is GRANTED. This action is hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs. The Clerk is directed to close this case.

DATED this 3rd day of June, 2019.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge